**IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSEPH R. KARSNER, IV<br><br>　　　Petitioner<br><br>v.<br><br>ANTHONY PATTEE<br><br>and<br><br>THE NATIONAL ASSOCIATION OF SECURITIES DEALERS<br><br>　　　Respondents | Civil Action No.: 1:07-CV-00920-RJL |

**NASD'S PETITION IN SUPPORT OF
MARYLAND SECURITIES COMMISSIONER'S
MOTION TO INTERVENE**

　　　The defendant, National Association of Securities Dealers, Inc. ("NASD"), respectfully files this response in support of the Maryland Securities Commissioner's Motion to Intervene.

　　　The Maryland Securities Commissioner has argued in her motion to intervene that as the securities regulator for the State of Maryland she is uniquely situated to address her state-law-mandated responsibilities to this Court, vis-à-vis petitioner's securities registration record. (See Maryland Securities Commissioner's Motion to Intervene, p. 5). The NASD supports her position and agrees the Maryland Securities Commissioner should be allowed to intervene in this action.

2

The State of Maryland has an ongoing regulatory proceeding against Mr. Karsner and issued him an Order to Show Cause on March 19, 2007. (See NASD's Partial Opposition to Petition to Confirm Arbitration Award, Exhibit 1). To the extent the State of Maryland currently has a regulatory proceeding pending against Mr. Karsner that involves the same conduct and individuals that are involved in this action, the NASD supports Maryland's interest to be heard regarding the expungement of related regulatory records.

                      Respectfully submitted,

                      NATIONAL ASSOCIATION OF
                      SECURITIES DEALERS, INC.

Dated: June 22, 2007        By: _____/s/_____
                      Betty G. Brooks
                      National Association of Securities Dealers, Inc.
                      1735 K Street, NW
                      Washington, DC 20006
                      (202) 728-8288

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2007, a copy of the foregoing was mailed by first class mail, postage prepaid, to:

William B. Young, Jr., Esq.
Colling, Gilbert, Wright & Carter
2301 Maitland Center Parkway, Suite 240
Maitland, Florida 32751

                      _____/s/_____
                      Jo Marie Donaldson

# Exhibit 1

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH R. KARSNER, IV<br><br>    Petitioner<br><br>v.<br><br>ANTHONY PATTEE<br><br>and<br><br>THE NATIONAL ASSOCIATION OF SECURITIES DEALERS<br><br>    Respondents | Civil Action No.: 1:07-CV-00920-RJL |

## NASD'S PARTIAL OPPOSITION
## TO PETITION TO CONFIRM ARBITRATION AWARD

Defendant, National Association of Securities Dealers, Inc. ("NASD"), respectfully files this response and partial opposition to the Petition to Confirm Arbitration Award.

The NASD only opposes that portion of plaintiff's Petition to Confirm Arbitration Award that calls for the immediate expungement from the Central Registration Depository ("CRD") of all references to the arbitration captioned, <u>Anthony S. Pattee v. Legacy Financial Services, Inc. and Joseph R. Karsner, IV</u>, Arbitration Case No. 04-08295.

The NASD requests that any order of expungement by this court be stayed pending the completion of a regulatory proceeding initiated by the State of Maryland against Mr. Karsner. The State of Maryland issued an Order to Show Cause against Mr. Joseph R. Karsner, IV on

2

March 19, 2007.[1]  The Order to Show Cause contains allegations involving, among other things, the same allegations at issue in this arbitration.

The NASD asks that this Court defer decision on the expungement relief requested in the Petition to Confirm Arbitration Award pending the conclusion of Maryland's regulatory proceeding.

                                                Respectfully submitted,

                                                NATIONAL ASSOCIATION OF
                                                SECURITIES DEALERS, INC.

Dated: June 22, 2007                      By: _____/s/_____
                                                Betty G. Brooks
                                                National Association of Securities Dealers, Inc.
                                                1735 K Street, NW
                                                Washington, DC 20006
                                                (202) 728-8288

CERTIFICATE OF SERVICE

      I hereby certify that on June 22, 2007, a copy of the foregoing was mailed by first class mail, postage prepaid, to:

William B. Young, Jr., Esq.
Colling, Gilbert, Wright & Carter
2301 Maitland Center Parkway, Suite 240
Maitland, Florida 32751

                                                _____/s/_____
                                                Jo Marie Donaldson

---

[1] See attached Exhibit 1, Administrative Proceeding Before the Maryland Securities Commissioner, In the Matter of: Joseph R. Karsner, IV, Joe Karsner & Associates, LLC and Legacy Financial Services, Inc., File No. 2002-0391.