IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH R. KARSNER, IV,<br><br>     Petitioner,<br><br>v.<br><br>ANTHONY PATTEE, *et al.*,<br><br>     Respondents. | Civil Action No.:   1:07-CV-00920-RJL |

## ENTRY OF APPEARANCE

Dear Clerk:

Please enter the appearance of Richard J. Magid, of Whiteford, Taylor & Preston LLP, as additional counsel for the Petitioner, Joseph R. Karsner, IV, in the above-captioned case.

Respectfully submitted,

      /s/
Richard J. Magid (Bar No. 397388)
Whiteford, Taylor & Preston
7 Saint Paul Street
Baltimore, Maryland 21202

and

George S. Mahaffey, Jr.
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202

*Attorneys for Petitioner,*
*Joseph R. Karsner, IV*

1742216

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 25 day of June, 2007, a copy of the foregoing paper was filed with the Court's electronic case filing system and was mailed, via first-class mail, postage prepaid, to:

> William B. Young, Jr., Esq.
> Colling, Gilbert, Wright, & Carter
> 2301 Maitland Center Parkway, Ste. 240
> Maitland, Florida 32751

_____
Richard J. Magid