## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOSEPH R. KARSNER, IV

     Petitioner

v.

ANTHONY PATTEE

and

THE NATIONAL ASSOCIATION OF
SECURITIES DEALERS

     Respondents

Civil Action No.: 1:07-CV-00920-RJL

### ENTRY OF APPEARANCE

Dear Clerk:

     Please enter the appearance of Betty G. Brooks, Financial Industry Regulatory Authority,

Inc. ("FINRA"), as additional counsel for the defendant, FINRA, in the above-captioned case. [1]

     Respectfully submitted,


/s/_____
Betty G. Brooks, FL Bar No. 0611603
Associate General Counsel
Financial Industry Regulatory
Authority, Inc.
1735 K Street, N.W.
Washington, D.C. 20006
Telephone (202) 728-8288
Facsimile (202) 728-8894

---

[1] As of July 30, 2007, National Association of Securities Dealers, Inc. ("NASD") changed its name to Financial Industry Regulatory Authority, Inc. ("FINRA").

/s/ _____
Terri L. Reicher, DC Bar No. 414685
Associate General Counsel
Financial Industry Regulatory
Authority, Inc.
1735 K Street, N.W.
Washington, D.C. 20006
Telephone (202) 728-8967
Facsimile (202) 728-8894

Attorneys for Defendant,
Financial Industry Regulatory
Authority, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th day of October, 2007, a copy of the foregoing

paper was filed with the Court's electronic case filing system and was mailed, via first-class

mail, postage prepaid, to:

>Richard J. Magid
>Whiteford, Taylor & Preston
>7 Saint Paul Street
>Baltimore, MD   21202
>
>and
>
>George S. Mahaffey
>Goodell, DeVries, Leech & Dann, L.L.P.
>One South Street, 20th Floor
>Baltimore, MD  21202

.

/s/_____
Betty G. Brooks